JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ERIC GRIFFIN, | Case No. 2:22-cv-02909-PA (JDE) |
| Plaintiff, | |
| v. | JUDGMENT |
| LOS ANGELES COUNTY JAIL, et al., | |
| Defendants. | |

Pursuant to the Order Dismissing Action Pursuant to 28 U.S.C. § 1915(g), IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: June 7, 2022

_____
PERCY ANDERSON
United States District Judge